| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Lynn, Barbara M. | 2. Court or Organization U.S.D.C.-No. District of Texas | 3. Date of Report 07/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Federal Judge | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial    ☑ Annual    ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2014 to 12/31/2014 |

**7. Chambers or Office Address**

1100 Commerce St., Room 1572
Dallas, TX 75242

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. | Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 3. | Trustee | Liquidity Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 4. | Co-Trustee | Family Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 5. | Member | Board of Directors, Southern Methodist University Tate Lecture Series |
| 6. | Trustee | Board of Trustees, American Inns of Court Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Michael P. Lynn P.C. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | January 15-19, 2014 | San Diego, CA | Winter Leadership Meeting | Transportation, meals, hotel |
| 2. | State Bar of Texas | February 13-14, 2015 | New Orleans, LA | Advanced Trial Strategies 2014 | Transportation, meals, hotel |
| 3. | State Bar of Texas | March 24-25, 2014 | Austin, TX | Women in the Law | Transportation, meals, hotel |
| 4. | Colby College | April 5-7, 2014 | Portland, ME | Brody Award | Transportation, meals, hotel |
| 5. | The Sedona Conference | April 9-11, 2014 | San Francisco, CA | Sedona Conference Meeting | Transportation, meals, hotel |
| 6. | China University of Political Science & Law | April 21-28, 2014 | Beijing, China | Speaker at Seminar | Transportation, meals, hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynn, Barbara M. | 07/14/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Continuing Education in Colorado, Inc. | May 28-June 1, 2014 | Denver, CO | Rocky Moutain IP & Technology Institute | Transportation, meals, hotel |
| 8. | ABA | June 19-22, 2014 | Santa Fe, NM | Spring Leadership Meeting | Transportation, meals, hotel |
| 9. | ABA | September 18-22, 2014 | Nashville, TN | Fall Leadership Meeting | Transportation, meals, hotel |
| 10. | Houston Intellectual Property Law Association | October 9-10, 2014 | Galveston, TX | Houston Intellectual Property Conference | Transportation, meals, hotel |
| 11. | The Bar Association for U.S. District Court for the Eastern District | October 22-24, 2014 | Plano, TX | Eastern District Bench Conference | Parking, mileage, internet fees |
| 12. | American Inns of Court Foundation | October 25-26, 2014 | Washington, DC | Board Meeting | Transportation, meals, hotel |
| 13. | The Sedona Conference | November 4-7, 2014 | New Orleans, LA | Annual Meeting | Transportation, meals, hotel |
| 14. | The Hart Group | December 8-9, 2014 | Washington, DC | CSIS Kickoff Dinner | Transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Account #1 (includes 2-39) | | | | | | | | | |
| 2. - Vanguard Ext. Mkt Idx Adm | C | Dividend | N | T | Sold (part) | 03/24/14 | J | | |
| 3. - Vanguard Ext. Mkt Idx Adm | | | | | Sold (part) | 12/19/14 | J | | |
| 4. - Vanguard Int Term TE Adm | F | Dividend | P1 | T | Redeemed (part) | 01/27/14 | J | | |
| 5. - Vanguard Int Term TE Adm | | | | | Redeemed (part) | 04/28/14 | J | | |
| 6. - Vanguard Int Term TE Adm | | | | | Redeemed (part) | 07/28/14 | J | | |
| 7. - Vanguard Int Term TE Adm | | | | | Redeemed (part) | 10/27/14 | J | | |
| 8. - Vanguard 500 Idx Adm | E | Dividend | O | T | Sold (part) | 03/21/14 | J | | |
| 9. - Vanguard 500 Idx Adm | | | | | Sold (part) | 06/20/14 | J | | |
| 10. -Vanguard 500 Idx Adm | | | | | Sold (part) | 09/19/14 | J | | |
| 11. - Vanguard 500 Idx Adm | | | | | Sold (part) | 12/17/14 | J | | |
| 12. - Vanguard Tax Managed Cap Ap Adm | D | Dividend | O | T | Sold (part) | 03/21/14 | J | | |
| 13. - Vanguard Tax Managed Cap Ap Adm | | | | | Sold (part) | 12/19/14 | J | | |
| 14. - Vanguard Ttl Int Stock Index Adm | E | Dividend | O | T | Sold (part) | 03/24/14 | J | | |
| 15. - Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 06/23/14 | J | | |
| 16. - Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 09/23/14 | J | | |
| 17. - Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vanguard Ttl Stk Ix Adm | F | Dividend | P1 | T | Sold (part) | 03/24/14 | K | | |
| 19. - Vanguard Ttl Stk Ix Adm | | | | | Sold (part) | 06/23/14 | K | | |
| 20. - Vanguard Ttl Stk Ix Adm | | | | | Sold (part) | 09/23/14 | K | | |
| 21. - Vanguard Ttl Stk Ix Adm | | | | | Sold (part) | 12/19/14 | K | | |
| 22. - Vanguard Long Term TE Adm | D | Dividend | N | T | | | | | |
| 23. - Vanguard ltd Term TE Adm | D | Dividend | O | T | Buy | 03/21/14 | J | | |
| 24. - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/21/14 | J | | |
| 25. - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/24/14 | J | | |
| 26. - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/24/14 | K | | |
| 27. - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 03/24/14 | J | | |
| 28. - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 05/21/14 | M | | |
| 29. - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/20/14 | J | | |
| 30. - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/23/14 | J | | |
| 31. - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 06/23/14 | K | | |
| 32. - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/19/14 | J | | |
| 33. - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/23/14 | J | | |
| 34. - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 09/23/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/17/14 | J | | |
| 36.   - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/19/14 | J | | |
| 37.   - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/19/14 | K | | |
| 38.   - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/19/14 | J | | |
| 39.   - Vanguard Ltd Term TE Adm | | | | | Buy (add'l) | 12/19/14 | J | | |
| 40.   Vanguard Account #2 (includes 41) | | | | | | | | | |
| 41.   - Vanguard Tax-Exempt MoneyMkt | A | Dividend | K | T | | | | | |
| 42.   Vanguard Account #3 (includes 43-60) | | | | | | | | | |
| 43.   - Vanguard Ltd-Term Tax-Exempt Adm | D | Dividend | O | T | | | | | |
| 44.   - Vanguard Int Term TE Adm | E | Dividend | P1 | T | Buy | 03/24/14 | J | | |
| 45.   - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/24/14 | J | | |
| 46.   - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 05/21/14 | M | | |
| 47.   - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/23/14 | J | | |
| 48.   - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/23/14 | J | | |
| 49.   - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/23/14 | M | | |
| 50.   - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/23/14 | J | | |
| 51.   - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/19/14 | J | | |
| 53.  - Vanguard Ttl Stk Mkt Idx Adm | D | Dividend | O | T | Sold (part) | 03/24/14 | J | | |
| 54.  - Vanguard Ttl Stk Mkt Idx Adm | | | | | Sold (part) | 06/23/14 | J | | |
| 55.  - Vanguard Ttl Stk Mkt Idx Adm | | | | | Sold (part) | 09/23/14 | J | | |
| 56.  - Vanguard Ttl Stk Mkt Idx Adm | | | | | Sold (part) | 12/19/14 | J | | |
| 57.  - Vanguard Ttl Int Stock Index Adm | C | Dividend | M | T | Sold (part) | 03/24/14 | J | | |
| 58.  - Vanguard ttl Int Stock Index Adm | | | | | Sold (part) | 06/23/14 | J | | |
| 59.  - Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 09/23/14 | J | | |
| 60.  - Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 12/19/14 | J | | |
| 61.  Vanguard Account #4 (includes 62) | | | | | | | | | |
| 62.  - Vanguard Tax-Exempt Money Mkt | A | Dividend | K | T | | | | | |
| 63.  Vanguard Account #5 (includes 64) | | | | | | | | | |
| 64.  - Vanguard Tax Ex MM | A | Dividend | L | T | | | | | |
| 65.  Vanguard R/O IRA #1 (includes 66-69) | | | | | | | | | |
| 66.  - Vanguard Int Inv Grade Adm | E | Dividend | O | T | | | | | |
| 67.  - Vanguard Ttl Bnd Mkt Idx Adm | E | Dividend | O | T | Sold (part) | 03/12/14 | N | | |
| 68.  - Vanguard Ttl Int Bond Mkt Idx Adm | D | None | N | T | Buy | 03/12/14 | N | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Vanguard ST Inv Grade Adm | D | Dividend | N | T | | | | | |
| 70. Vanguard IRA #1 (includes 71) | | | | | | | | | |
| 71. - Vanguard Total Bd Mkt Idx Adm | C | Dividend | L | T | | | | | |
| 72. Trust #1 (includes 73-79) | | | | | | | | | |
| 73. - Vanguard Int Term TE Adm | C | Dividend | M | T | Buy | 05/16/14 | J | | |
| 74. - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 11/03/14 | J | | |
| 75. - Vanguard Prime Money Mkt | A | Dividend | J | T | Buy | 06/19/14 | J | | |
| 76. - Vanguard Prime Money Mkt | | | | | Redeemed (part) | 06/20/14 | J | | |
| 77. - Vanguard Ttl Int Stock Index Adm | B | Dividend | K | T | | | | | |
| 78. - Vanguard Ttl Stk Ix Adm | C | Dividend | N | T | Sold (part) | 06/19/14 | J | A | |
| 79. - Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 80. Trust #2 (includes 81-83) | | | | | | | | | |
| 81. - Vanguard Ttl Intl Stock Ix Adm | D | Dividend | M | T | | | | | |
| 82. - Vanguard Ttl Stock Ix Adm | D | Dividend | O | T | Sold (part) | 03/13/14 | J | B | |
| 83. - Pioneeer Natural Resources | A | Dividend | J | T | | | | | |
| 84. Vanguard Trust #3 (includes 85-89) | | | | | | | | | |
| 85. - Vanguard Prime Money Mkt | A | Dividend | J | T | Buy | 03/13/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Vanguard Prime Money Mkt | | | | | Buy (add'l) | 05/20/14 | J | | |
| 87.   - Vanguard Prime Money Mkt | | | | | Redeemed (part) | 06/19/14 | J | | |
| 88.   - Vanguard Prime Money Mkt | | | | | Redeemed (part) | 06/19/14 | J | | |
| 89.   - Vanguard Prime Money Mkt | | | | | Buy (add'l) | 12/02/14 | J | | |
| 90.   Vanguard Trust # 4 (include 91-94) | | | | | | | | | |
| 91.   - Vanguard Prime Money Mkt Fund | A | Dividend | L | T | | | | | |
| 92.   - Vanguard Int Tax Ex Adm | B | Dividend | L | T | | | | | |
| 93.   - Vanguard Int'l Stk Adm | B | Dividend | K | T | | | | | |
| 94.   - Vanguard Ttl Stk Ix Adm | C | Dividend | M | T | | | | | |
| 95.   Vanguard SEP IRA #1 (includes 96) | | | | | | | | | |
| 96.   - Vanguard Ttl Bnd Mkt Idx Adm | B | Dividend | L | T | | | | | |
| 97.   Vanguard R/O IRA #1 (inlcudes 98-101) | | | | | | | | | |
| 98.   - Vanguard Int Inv Grade Adm | E | Dividend | N | T | | | | | |
| 99.   - Vanguard Ttl Bd Mkt Idx Adm | D | Dividend | M | T | Sold (part) | 03/12/14 | N | | |
| 100.   - Vanguard Ttl Int Bd Mkt Idx | D | Dividend | N | T | Buy | 03/12/14 | N | | |
| 101.   - Vanguard ST Inv Grd Adm | D | Dividend | M | T | | | | | |
| 102.   Vanguard R/O IRA #2 (includes 103-106) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Vanguard Int Inv Grade Adm | E | Dividend | O | T | | | | | |
| 104.  - Vanguard Ttl Int Bond Idx Adm | C | Dividend | N | T | Buy | 03/17/14 | M | | |
| 105.  - Vanguard Ttl Int Bond Idx Adm | | | | | Buy (add'l) | 03/24/14 | M | | |
| 106.  - Vanguard ST Inv Grd Adm | D | Dividend | N | T | | | | | |
| 107.  Vanguard IRA (includes 108) | | | | | | | | | |
| 108.  - Vanguard Ttl Bnd Mkt Idx Adm | C | Dividend | L | T | | | | | |
| 109.  Vanguard Trust #1 (includes 110-134) | | | | | | | | | |
| 110.  - GM Accep Corp | A | Interest | | | Sold | 12/01/14 | J | D | |
| 111.  - Gateway Fund Class A | A | Dividend | | | Sold | 12/02/14 | K | D | |
| 112.  - Vanguard LifeStrat Conserv Growth | A | Dividend | J | T | Buy | 12/01/14 | J | | |
| 113.  - Vanguard LifeStrat Conserv Growth | | | | | Sold | 12/10/14 | J | B | |
| 114.  - Vanguard LifeStrat Mod Growth | B | Dividend | L | T | Buy | 12/10/14 | K | | |
| 115.  - Vanguard LifeStrat Mod Growth | | | | | Buy (add'l) | 12/10/14 | J | | |
| 116.  - ING Prime Rate TR | A | Dividend | | | Sold | 12/02/14 | J | | |
| 117.  - Vanguard Tax Ex MM | A | Dividend | J | T | Buy | 01/13/14 | J | | |
| 118.  - Vanguard Tax Ex MM | | | | | Buy (add'l) | 02/25/14 | J | | |
| 119.  - Vanguard Tax Ex MM | | | | | Buy (add'l) | 03/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Vanguard Tax Ex MM | | | | | Buy (add'l) | 04/22/14 | J | | |
| 121. - Vanguard Tax Ex MM | | | | | Buy (add'l) | 05/22/14 | J | | |
| 122. - Vanguard Tax Ex MM | | | | | Buy (add'l) | 06/02/14 | J | | |
| 123. - Vanguard Tax Ex MM | | | | | Sold (part) | 06/18/14 | J | | |
| 124. - Vanguard Tax Ex MM | | | | | Sold (part) | 06/19/14 | J | | |
| 125. - Vanguard Tax Ex MM | | | | | Buy (add'l) | 06/23/14 | J | | |
| 126. - Vanguard Tax Ex MM | | | | | Buy (add'l) | 07/22/14 | J | | |
| 127. - Vanguard Tax Ex MM | | | | | Buy (add'l) | 08/22/14 | J | | |
| 128. - Vanguard Tax Ex MM | | | | | Buy (add'l) | 09/22/14 | J | | |
| 129. - Vanguard Tax Ex MM | | | | | Buy (add'l) | 09/25/14 | J | | |
| 130. - Vanguard Tax Ex MM | | | | | Buy (add'l) | 10/22/14 | J | | |
| 131. - Vanguard Tax Ex MM | | | | | Buy (add'l) | 11/24/14 | J | | |
| 132. - Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/01/14 | J | | |
| 133. - Vanguard Tax Ex MM | | | | | Buy (add'l) | 12/05/14 | K | | |
| 134. - Vanguard Tax Ex MM | | | | | Sold | 12/10/14 | K | | |
| 135. Vanguard Trust #2 (includes 136-159) | | | | | | | | | |
| 136. - GM Accep Corp | A | Interest | | | Sold | 12/01/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Gateway Fund Class C | A | Dividend | | | Sold | 12/01/14 | J | D | |
| 138. - ING Prime Rate TR | A | Dividend | | | Sold | 12/01/14 | J | D | |
| 139. - Vanguard LifeStrat Mod Growth | B | Dividend | M | T | Buy | 12/01/14 | J | | |
| 140. - Vanguard LifeStrat Mod Growth | | | | | Buy (add'l) | 12/10/14 | L | | |
| 141. - Vanguard Tax Ex EM | A | Dividend | J | T | Buy | 01/13/14 | J | | |
| 142. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 02/25/14 | J | | |
| 143. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 03/24/14 | J | | |
| 144. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 04/22/14 | J | | |
| 145. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 05/22/14 | J | | |
| 146. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 06/02/14 | J | | |
| 147. - Vanguard Tax Ex EM | | | | | Sold (part) | 06/18/14 | J | | |
| 148. - Vanguard Tax Ex EM | | | | | Sold (part) | 06/19/14 | J | | |
| 149. - Vanguard Tax Ex EM | | | | | Sold (part) | 06/19/14 | J | | |
| 150. - Vanguard Tax Ex EM | | | | | Buy | 06/23/14 | J | | |
| 151. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 07/22/14 | J | | |
| 152. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 08/22/14 | J | | |
| 153. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 09/22/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 09/25/14 | J | | |
| 155. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 10/22/14 | J | | |
| 156. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 11/24/14 | J | | |
| 157. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 12/01/14 | J | | |
| 158. - Vanguard Tax Ex EM | | | | | Buy (add'l) | 12/04/14 | J | | |
| 159. - Vanguard Tax Ex EM | | | | | Sold | 12/10/14 | J | | |
| 160. Investments Ltd (includes 161-185) | | | | | | | | | |
| 161. - Vanguard 500 Idx Adm | E | Dividend | P1 | T | Sold (part) | 03/21/14 | J | | |
| 162. - Vanguard 500 Idx Adm | | | | | Sold (part) | 06/20/14 | J | | |
| 163. - Vanguard 500 Idx Adm | | | | | Sold (part) | 09/19/14 | J | | |
| 164. - Vanguard 500 Idx Adm | | | | | Sold (part) | 12/17/14 | J | | |
| 165. - Vanguard Int Term TE Adm | E | Dividend | O | T | Buy | 03/21/14 | J | | |
| 166. - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/21/14 | J | | |
| 167. - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/24/14 | J | | |
| 168. - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 03/24/14 | J | | |
| 169. - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/20/14 | J | | |
| 170. - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 06/23/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/19/14 | J | | |
| 172. - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 09/23/14 | J | | |
| 173. - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/17/14 | J | | |
| 174. - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/19/14 | J | | |
| 175. - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/19/14 | J | | |
| 176. - Vanguard Int Term TE Adm | | | | | Buy (add'l) | 12/19/14 | K | | |
| 177. - Vanguard Tax Managed Cap Appreciation Adm | E | Dividend | P1 | T | Sold (part) | 03/21/14 | J | | |
| 178. - Vanguard Tax Managed Cap Appreciation Adm | | | | | Sold (part) | 12/19/14 | K | | |
| 179. - Vanguard Ttl Int Stock Index Adm | F | Dividend | P1 | T | Sold (part) | 03/24/14 | J | | |
| 180. - Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 06/23/14 | K | | |
| 181. - Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 09/23/14 | J | | |
| 182. - Vanguard Ttl Int Stock Index Adm | | | | | Sold (part) | 12/19/14 | J | | |
| 183. - Vanguard Ltd Term Tax Ex Adm | E | Dividend | P1 | T | | | | | |
| 184. - Vanguard Ext Mkt Idx Adm | D | Dividend | | | Sold | 03/24/14 | J | | |
| 185. - Vanguard Ex Mkt Idx Adm | | | | | Sold (part) | 12/19/14 | J | | |
| 186. Management Ltd (includes 187) | | | | | | | | | |
| 187. - Prime Money Market | | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. 401k-LTPC Profit Sharing | D | Dividend | L | T | | | | | |
| 189. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 190. JP Morgan Chase | A | Interest | J | T | | | | | |
| 191. Comerica | A | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 07/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This year we had a very significant number of transactions. I relied on our financial advisor in the implementation, accounting and recording of these transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Barbara M. Lynn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544